# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Furay, Catherine J. | U.S. Bankruptcy Court, Western District of Wisconsin | 05/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge (FT) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
120 N. Henry Street, Room 340
Madison, WI 53703-2559

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Committee Member | Villages of Bishops Bay Architectural Review Committee |
| 2. | Member of Board of Directors and Treasurer | University of Wisconsin-Eau Claire Foundation Inc. |
| 3. | Committee Member | Elections Committee and Board of Governors of the National Conference of Bankruptcy Judges |
| 4. | President of Certification Oversight Committee | Turnaround Management Association |
| 5. | Vice-President of Certification on Global TMA Board | Turnaround Management Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/10/17 | LexisNexis - compensation for updating Construction Law | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Sweet DeMarb LLC & Steinhilber Swanson, LLC - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Management Association | 01/31/17 - 02/02/17 | Las Vegas, NV | TMA Certification Oversight Committee Meeting | Transportation, meals, hotel |
| 2. | State Bar of Wisconsin | 03/01/17 - 03/03/17 | Kohler, WI | BICR Retreat | Transportation, meals, hotel |
| 3. | State Bar of Wisconsin | 04/27/17 - 04/28/17 | Eau Claire, WI | Northwestern Wisconsin Bankruptcy Institute | Transportation, meals, hotel |
| 4. | American Bankruptcy Institute | 06/08/17 - 06/10/17 | Traverse City, MI | ABI Central States Bankruptcy Workshop | Transportation, hotel |
| 5. | National Conference of Bankruptcy Judges | 10/07/17 - 10/11/17 | Las Vegas, NV | NCBJ 2017 Annual Meeting | Transportation, meals, hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Furay, Catherine J. | 05/11/2018 |

| 6. | Fed Bar Association-Iowa Chapter | 11/01/17 - 11/02/17 | Des Moines, IA | 2017 All-Iowa Bankruptcy Conference | Transportation, meals, hotel |
|----|----|----|----|----|----|
| 7. | | | | | |
| 8. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | *See note in Part VIII | | $0.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Account The Park Bank | A | Interest | J | T | | | | | |
| 2. Bank Account Middleton Community Bank, n/k/a Monona Bank | A | Interest | K | T | | | | | |
| 3. The Peoples Community Bancshares | A | Interest | J | T | | | | | |
| 4. Mitzvah LLC | | None | M | U | | | | | |
| 5. Bank Account Towne Bank | A | Interest | J | T | | | | | |
| 6. INVESTMENT ACCOUNT #1 (UBS): (H) | | | | | | | | | |
| 7. - Cash (UBS) | A | Interest | J | T | | | | | |
| 8. - ABB LTD (ABB) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 9. - America Movil (AMX) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 10. - Amgen Inc. (AMGN) | A | Dividend | J | T | | | | | |
| 11. - Apple Inc. (AAPL) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 12. - Banco Santander (SAN) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 13. - Capital One Financial Corp (COF) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 14. - Carnival Corp New-Paired Stock (CCL) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 15. - Cisco Systems Inc. (CSCO) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 16. | | | | | Sold (part) | 03/22/17 | J | A | |
| 17. - Citigroup Inc. (C) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Coca Cola Co. (KO) | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 19. - Credit Suisse Group (CS) | | None | | | Sold | 01/04/17 | J | A | |
| 20. - Diageo PLC New (DEO) | A | Dividend | J | T | | | | | |
| 21. - Duke Energy Corp (DUK) | A | Dividend | J | T | | | | | |
| 22. - Eaton Corp PLC (ETN) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 23. - Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 24. - Ford Motor Co. (F) | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 25. - General Electric Co. (GE) | A | Dividend | | | Sold (part) | 01/04/17 | J | A | |
| 26. | | | | | Sold | 12/04/17 | J | A | |
| 27. - Halliburton Co. (HAL) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 28. - HSBC Holdings (HSBC) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 29. - Kingfisher PLC New Spon ADR (KGFHY) | | | | | Sold | 01/03/17 | J | A | |
| 30. - McDonald's Corp. (MCD) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 31. - Merck & Co Inc. (MRK) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 32. - Microsoft Corp. (MSFT) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 33. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 34. | | | | | Buy (add'l) | 03/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Mondelez International Inc. (MDLZ) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 36. - Nestle (NSRGY) | A | Dividend | J | T | | | | | |
| 37. - Oracle Corp. (ORCL) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 38. | | | | | Sold (part) | 03/23/17 | J | A | |
| 39. - Qualcomm Inc. (QCOM) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 40. - Sanofi Spon ADR (SNY) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 41. - Schlumberger Ltd. Netherlands Antilles (SLB) | A | Dividend | | | Sold (part) | 01/04/17 | J | A | |
| 42. | | | | | Sold | 12/05/17 | J | A | |
| 43. - Spectra Energy Corp (SE) | | None | | | Sold | 01/04/17 | J | A | |
| 44. - Swatch Group AG (SWGAY) | | None | | | Sold | 01/03/17 | J | A | |
| 45. - Unilever NV (UN) | A | Dividend | J | T | | | | | |
| 46. - Walt Disney Co. (DIS) | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 47. - Western Union (WU) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 48. - Westpac Banking Ltd. (WBK) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 49. - Wisdomtree Emerging Markets High Divid Fund ETF (DEM) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 50. - Wisdomtree Emerging Markets ETF (DGS) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 51. - Ishares National Municipal Bond ETF (MUB) | | None | | | Sold | 01/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - SPDR Nuveen Barclays Municipal ETF (TFI) | A | Dividend | K | T | Sold (part) | 01/04/17 | K | A | |
| 53. - Vaneck Vectors ETF High Yield Municipal (HYD) | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 54. - TEVA Pharmaceuticals (TEVA) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 55. | | | | | Sold | 08/04/17 | J | A | |
| 56. - VISA Inc. (V) | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 57. - Monsanto Co. (MON) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 58. - Starbucks Corp. (SBUX) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 59. - Ishares MSCI ACWI (ACWI) | A | Dividend | J | T | Buy | 12/04/17 | J | | |
| 60. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 61. - SPDR Nuveen Barclays Short-Term Muni (SHM) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 62. IRA #1 (UBS): (H) | | | | | | | | | |
| 63. - Cash (UBS) | A | Interest | K | T | | | | | |
| 64. - Vanguard Total Bond Market Index (BND) | | None | | | Sold | 01/04/17 | L | A | |
| 65. - Abb Ltd Spon Adr (ABB) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 66. | | | | | Buy (add'l) | 07/28/17 | J | | |
| 67. - America Movil (AMX) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 68. | | | | | Buy (add'l) | 07/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Amgen Inc. (AMGN) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 70. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 71. - Apple Inc. (AAPL) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 72. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 73. - Banco Santander (SAN) | B | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 74. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 75. - Capital One Financial Corp (COF) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 76. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 77. - Carnival Corp New-Paired Stock (CCL) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 78. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 79. - Cisco Systems Inc. (CSCO) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 80. | | | | | Sold (part) | 03/22/17 | J | A | |
| 81. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 82. - Citigroup Inc. (C) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 83. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 84. - Coca Cola Co. (KO) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 85. | | | | | Buy (add'l) | 07/28/17 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Credit Suisse Group Spon ADR (CS) | | None | | | Sold | 01/04/17 | J | B | |
| 87. - Diageo PLC New GB Spon ADR (DEO) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 88. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 89. - Duke Energy Corp (DUK) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 90. | | | | | Buy (add'l) | 07/28/17 | J | | |
| 91. - Eaton Corp PLC (ETN) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 92. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 93. - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 94. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 95. - Ford Motor Co. (F) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 96. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 97. - General Electric Co. (GE) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 98. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 99. - Halliburton Co. (HAL) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 100. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 101. - HSBC Holdings PLC New GB Spon ADR (HSBC) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | B | |
| 102. | | | | | Buy (add'l) | 07/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Kingfisher PLC New Spon ADR (KGFHY) | | None | | | Sold | 01/03/17 | J | A | |
| 104. - McDonald's Corp. (MCD) | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 105. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 106. - Merck & Co Inc. New Com (MRK) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 107. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 108. - Microsoft Corp. (MSFT) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 109. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 110. | | | | | Buy (add'l) | 03/23/17 | J | | |
| 111. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 112. - Mondelez International Inc. (MDLZ) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 113. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 114. - Nestle S A Spon ADR REPSTG Reg SHS Switz (NSRGY) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 115. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 116. - Oracle Corp. (ORCL) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 117. | | | | | Sold (part) | 03/23/17 | J | A | |
| 118. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 119. - Qualcomm Inc. (QCOM) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 121.  - Sanofi Spon ADR (SNY) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 122. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 123.  - Schlumberger Ltd. Netherlands Antilles (SLB) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 124. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 125.  - Spectra Energy Corp (SE) | | None | | | Sold | 01/04/17 | J | A | |
| 126.  - Swatch Group AG ADR (SWGAY) | | None | | | Sold | 01/03/17 | J | A | |
| 127.  - Unilever NV Y SHS New Netherlands Spon ADR (UN) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 128. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 129.  - Walt Disney Co. (DIS) | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 130. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 131.  - Western Union Co (WU) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 132. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 133.  - Westpac Banking Ltd Spon ADR Australia ADR (WBK) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 134. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 135.  - Wisdomtree Emerging Markets High Divid Fund ETF (DEM) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 136. | | | | | Buy (add'l) | 07/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Wisdomtree Emerging Markets ETF (DGS) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 138. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 139. - Blackstone Group Lp (BX) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 140. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 141. - Ishares Core U.S. Aggregate Bond ETF (AGG) | D | Dividend | M | T | Buy (add'l) | 01/04/17 | L | | |
| 142. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 143. - Pimco 0-5 High Yield Corp. Bond Index ETF (HYS) | B | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 144. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 145. - Powershares Senior Loan (BKLN) | A | Dividend | K | T | Sold (part) | 01/04/17 | K | A | |
| 146. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 147. - Vanguard Charlotte FDS Total Intl Bond Index Fund ETF (BNDX) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 148. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 149. - TEVA Pharmaceuticals Israel ADR (TEVA) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 150. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 151. | | | | | Sold | 08/04/17 | J | A | |
| 152. - Visa Inc. (V) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 153. | | | | | Buy (add'l) | 07/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Monsanto Co. (MON) | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 155. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 156. - Daimler AG Unsponsored ADR (DMLRY) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 157. - Glaxo SmithKline PLC ADR (GSK) | | None | J | T | Buy | 08/22/17 | J | | |
| 158. - Johnson Ctls Intl PLC (JCI) | A | Dividend | J | T | Buy | 08/28/17 | J | | |
| 159. - Roche Hldg Ltd Spons ADR Switz ADR (RHHBY) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 160. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 161. - Starbucks Corp (SBUX) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 162. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 163. - VF Corp (VFC) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 164. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 165. - Pimco Enhanced Short MAT Active ETF (MINT) | | None | | | Buy | 08/04/17 | J | | |
| 166. | | | | | Sold (part) | 08/22/17 | J | A | |
| 167. | | | | | Sold | 08/23/17 | J | A | |
| 168. - Ishares 1-3 Year Credit Cond ETF (CSJ) | B | Dividend | L | T | Buy | 01/04/17 | L | | |
| 169. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 170. IRA #2 (UBS): (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Cash (UBS) | A | Interest | K | T | | | | | |
| 172.  - Abb Ltd Spon Adr (ABB) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 173. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 174.  - America Movil (AMX) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 175. | | | | | Buy (add'l) | 07/28/17 | J | | |
| 176.  - Amgen Inc. (AMGN) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 177. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 178.  - Apple Inc. (AAPL) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 179. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 180.  - Banco Santander (SAN) | B | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 181. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 182.  - Capital One Financial Corp (COF) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 183. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 184.  - Carnival Corp New-Paired Stock (CCL) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 185. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 186.  - Cisco Systems Inc. (CSCO) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 187. | | | | | Sold (part) | 03/22/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 189. - Citigroup Inc. (C) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 190. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 191. - Coca Cola Co. (KO) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 192. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 193. - Credit Suisse Group Spon ADR (CS) | | None | | | Sold | 01/04/17 | J | B | |
| 194. - Diageo PLC New GB Spon ADR (DEO) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 195. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 196. - Duke Energy Corp. (DUK) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 197. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 198. - Eaton Corp PLC (ETN) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 199. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 200. - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 201. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 202. - Ford Motor Co. (F) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 203. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 204. - General Electric Co. (GE) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 206. - Halliburton Co. (HAL) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 207. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 208. - HSBC Holdings PLC New GB Spon ADR (HSBC) | B | Dividend | K | T | Sold (part) | 01/04/17 | J | B | |
| 209. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 210. - Kingfisher PLC New Spon ADR (KGFHY) | | None | | | Sold | 01/03/17 | J | A | |
| 211. - McDonald's Corp. (MCD) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 212. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 213. - Merck & Co Inc. New Com (MRK) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 214. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 215. - Microsoft Corp. (MSFT) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 216. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 217. | | | | | Buy (add'l) | 03/23/17 | J | | |
| 218. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 219. - Mondelez International Inc. (MDLZ) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 220. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 221. - Nestle S A Spon ADR REPSTG Reg SHS Switz (NSRGY) | A | Dividend | K | T | Buy (add'l) | 07/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Oracle Corp. (ORCL) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 223. | | | | | Sold (part) | 03/23/17 | J | A | |
| 224. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 225.  - Qualcomm Inc. (QCOM) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 226. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 227.  - Sanofi Spon ADR (SNY) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 228. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 229.  - Schlumberger Ltd. Netherlands Antilles (SLB) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 230. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 231.  - Spectra Energy Corp (SE) | | None | | | Sold | 01/04/17 | K | A | |
| 232.  - Swatch Group AD ADR (SWGAY) | | None | | | Sold | 01/03/17 | K | A | |
| 233.  - Unilever NV Y SHS New Netherlands Spon ADR (UN) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 234. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 235.  - Walt Disney Co. (DIS) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 236. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 237.  - Western Union Co (WU) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 238. | | | | | Buy (add'l) | 07/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Westpac Banking Ltd Spon ADR Australia ADR (WBK) | B | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 240. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 241. - Wisdomtree Emerging Markets High Divid Fund ETF (DEM) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 242. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 243. - Wisdomtree Emerging Markets ETF (DGS) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 244. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 245. - Blackstone Group Lp (BX) | B | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 246. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 247. - Ishares Core U.S. Aggregate Bond ETF (AGG) | D | Dividend | N | T | Buy (add'l) | 01/04/17 | L | | |
| 248. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 249. - Pimco 0-5 High Yield Corp. Bond Index ETF (HYS) | B | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 250. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 251. - Powershares Senior Loan (BKLN) | B | Dividend | K | T | Sold (part) | 01/04/17 | K | A | |
| 252. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 253. - Vanguard Charlotte FDS Total Intl Bond Index Fund ETF (BNDX) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 254. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 255. - Vauguard Total Bond Market Index (BND) | | None | | | Sold | 01/04/17 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. - TEVA Pharmaceuticals Israel ADR (TEVA) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 257. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 258. | | | | | Sold | 08/04/17 | J | A | |
| 259. - Visa Inc. (V) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 260. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 261. - Monsanto Co. (MON) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 262. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 263. - Daimler AG Unsponsored ADR (DMLRY) | | None | J | T | Buy | 07/10/17 | J | | |
| 264. - Glaxo Smithkline PLC ADR (GSK) | | None | J | T | Buy | 08/22/17 | J | | |
| 265. - Johnson Ctls Intl PLC (JCI) | A | Dividend | J | T | Buy | 08/23/17 | J | | |
| 266. - Roche Hldg Ltd Spons ADR Switz (RHHBY) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 267. | | | | T | Buy (add'l) | 07/25/17 | J | | |
| 268. - Starbucks Corp (SBUX) | A | Dividend | K | T | Buy | 01/04/17 | K | | |
| 269. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 270. - VF Corp (VFC) | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 271. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 272. - Ishares 1-3 Yr Credit Bond ETF (CSJ) | B | Dividend | M | T | Buy | 01/04/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 274. Extendquip LLC | | None | K | U | | | | | |
| 275. State of Wisconsin Life Insurance | A | Dividend | J | T | | | | | |
| 276. Wisconsin Retirement System Dept of Employee Trust Funds | A | Interest | J | T | | | | | |
| 277. Wisconsin Deferred Compensation Program (H)* | | | | | | | | | |
| 278. - Black Rock EAFE Equity - Index Coll T | | None | | | Closed | 03/28/17 | J | A | |
| 279. - DFA US Micro Cap I | A | Dividend | | | Closed | 03/28/17 | J | A | |
| 280. - BlackRock Mid Cap Index - Collective F | | None | | | Closed | 03/28/17 | J | A | |
| 281. - Fidelity Contrafund | A | Dividend | | | Closed | 03/28/17 | J | A | |
| 282. - Vanguard Institutional Index Fund Plus | A | Dividend | | | Closed | 03/28/17 | J | A | |
| 283. - Federated US Government Securities 2-5 Yr. | A | Dividend | | | Closed | 03/28/17 | J | A | |
| 284. - Vanguard Stable Value Fund | | None | | | Closed | 03/28/17 | J | A | |
| 285. IRA #3 (UBS): (H) | | | | | | | | | |
| 286. - Cash (UBS) | A | Interest | M | T | | | | | |
| 287. - Barclays Bank PLC Trigger PS DXJ | | None | K | T | | | | | |
| 288. - UBS AG Trigger PS EM EQTY BSKT | | None | K | T | | | | | |
| 289. - Citigroup INC Buffered ROS EWZ | | None | | | Redeemed | 10/31/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - JPMorgan Chase & Co. Buffered ROS FTSEMIB | | None | | | Redeemed | 12/26/17 | K | C | |
| 291. - Goldman Sachs Group, Inc. Buffered ROS HSCEI | | None | | | Redeemed | 10/31/17 | J | B | |
| 292. - Morgan Stanley Contingent ROS SPX | | None | | | Redeemed | 10/31/17 | K | D | |
| 293. - Goldman Sachs Group, Inc. Airbag PS UKX | | None | K | T | | | | | |
| 294. - Credit Suisse AG Airbag PS SPTSX60 | | None | J | T | | | | | |
| 295. - Deutsche Bank Trigger ROS SX5E | | None | | | Redeemed | 11/01/17 | K | C | |
| 296. - Credit Suisse AG L/O TPAOS SPX SX5E | A | Int./Div. | | | Redeemed | 05/17/17 | J | A | |
| 297. - Royal Bank of Canada L/O TPAOS RTY SX5E | A | Int./Div. | | | Redeemed | 05/17/17 | J | A | |
| 298. - JP Morgan Chase Financial T-ISS SPX | | None | K | T | | | | | |
| 299. - GS Finance Corp T-SS SPX | | None | K | T | | | | | |
| 300. IRA #4 (UBS): (H) | | | | | | | | | |
| 301. - Cash (UBS) | A | Interest | M | T | | | | | |
| 302. - Barclays Bank PLC Trigger PS DXJ | | None | K | T | | | | | |
| 303. - UBS AG Trigger PS EM EQTY BSKT | | None | K | T | | | | | |
| 304. - Citigroup Inc. Buffered ROS EWZ | | None | | | Redeemed | 10/31/17 | K | B | |
| 305. - JPMorgan Chase & Co Buffered ROS FTSEMIB | | None | | | Redeemed | 10/31/17 | K | D | |
| 306. - Goldman Sachs Group, Inc. Buffered ROS HSCEI | | None | | | Redeemed | 10/31/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Morgan Stanley Contingent ROS SPX | | None | | | Redeemed | 12/26/17 | K | D | |
| 308. - Goldman Sachs Group, Inc. Airbag PS UKX | | None | K | T | | | | | |
| 309. - Credit Suisse AG Airbag PS SPTSX60 | | None | K | T | | | | | |
| 310. - Deutsche Bank Trigger ROS SX5E | | None | | | Redeemed | 11/01/17 | K | C | |
| 311. - Credit Suisse AG L/O TPAOS SPX SX5E | A | Int./Div. | | | Redeemed | 05/17/17 | K | A | |
| 312. - Royal Bank of Canada L/O TPAOS SX5E | A | Int./Div. | | | Redeemed | 05/17/17 | K | A | |
| 313. - JP Morgan Chase Financial T-ISS SPX | | None | K | T | | | | | |
| 314. - GS Finance Corp T-SS SPX | | None | K | T | | | | | |
| 315. 401k ACCOUNT (ING): (H)* | | | | | | | | | |
| 316. Lincoln Financial Group Annuity 401k* | B | Int./Div. | M | T | | | | | |
| 317. IRA #5 (UBS): (H) | | | | | | | | | |
| 318. - Cash (UBS) | | None | J | T | | | | | |
| 319. - ACAP Strategic Fund | A | Int./Div. | L | T | | | | | |
| 320. - Skybridge Multi-Advisor | B | Int./Div. | M | T | | | | | |
| 321. IRA #6 (UBS): (H) | | | | | | | | | |
| 322. - Cash (UBS) | | None | J | T | | | | | |
| 323. - ACAP Strategic Fund | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.   - Skybridge Multi-Advisor | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V. Gifts. During 2017, friends sent me gifts of art, jewelry, and memorabilia. I have no reason to believe that any of these items exceeded the $375 limit. If I should learn otherwise, I will amend this form.

Part VII. Investments and Trusts.

Line 277 - Wisconsin Deferred Compensation Program was liquidated and rolled into TSP.

Line 316 - There are no individual holdings within this account. There is no control over the account or its investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine J. Furay**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544